NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNATOMY CORP., et al.,**
*Plaintiffs*

**TRIBILITY LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES, GOVCIO, LLC, CGI FEDERAL INC.,**
*Defendants-Appellees*

**DIGIPATHY LLC, MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC., JTECH LLC, BOOZ ALLEN HAMILTON, INC., VETERANS EZ INFO INC., COGNOSANTE MVH, LLC, ECS FEDERAL, LLC, CANOPY HEALTH, LLC, T4 DESIGNS, LLC, RP AND PARTNERS, LLC, SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, VCH PARTNERS LLC, ZETTASOLUTIONS, LLC,**
*Defendants*

---

2025-1214

---

Appeal from the United States Court of Federal Claims in Nos. 1:24-cv-00451-MRS and 1:24-cv-00530-MRS, Judge Molly R. Silfen.

## ON MOTION

**O R D E R**

The United States moves with the consent of the other parties before this court to stay proceedings in this appeal from a judgment entered against Tribility LLC until final judgment has been entered in the consolidated bid protest case, *Technatomy Corp. v. United States*, Consol. No. 24-451C (Fed. Cl.).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Within 14 days of the date of entry of final judgment in *Technatomy*, the parties are directed to inform this court how they believe this appeal should proceed.

FOR THE COURT

January 30, 2025
Date

Jarrett B. Perlow
Clerk of Court